

MAY 0 1 2024

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21-CR-50 |
| JOSE ARMANDO UBICO AGUILAR | § § | Judge Jordan |

## INFORMATION

THE UNITED STATES CHARGES:

### Count One

Violation: 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States)

That sometime in or about 2015, and continuously thereafter up to and including March 3, 2021, in the Eastern District of Texas and elsewhere, **Jose Armando Ubico Aguilar** did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 960.

In violation of 21 U.S.C. § 963.

**Information – Page 1**

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney

_____
CHRISTOPHER A. EASON
Assistant United States Attorney
Oklahoma State Bar No. 20197
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Chris.Eason@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic filing to defense counsel on April 26, 2024

_____
CHRISTOPHER A. EASON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-50 |
| | § | Judge Jordan |
| JOSE ARMANDO UBICO AGUILAR | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 963

Penalty: If 5 kilograms of a mixture or substance containing a detectable amount of cocaine – Imprisonment for not less than ten years and not more than life, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00