| | |
|---|---|
| DATE: | 5/1/2024 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | |
| RPTR/ECRO: | Digital Recording |
| INTERPRETER: | *Letty Medina + Lyda* |
| BEGIN/END: | *2:33 – 3:05pm      Barc* |
| TOTAL TIME: | *11 min* |

CASE NUMBER 4:21-CR-00050-SDJ

USA v. Jose Armando Ubico Aguilar

*Chris Eason*
AUSA

*Daniela Posada*
Defense Attorney *for Bonnie Klapper*

---

☐ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement
☒ INITIAL APPEARANCE AND PLEA TO INFORMATION     ☒ WAIVER OF INDICTMENT SIGNED

**FILED**

☒ CASE CALLED          ☒ DEFENDANT SWORN          ☒ INTERPRETER REQUIRED

MAY 0 1 2024

### INITIAL APPEARANCE

Clerk, U.S. District Court
Eastern District of Texas

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☒ waived reading of indictment
☒ Defendant first appearance with counsel Attorney: _____ ☐ Retained
☐ Defendant advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel
☐ Financial affidavit executed by Defendant.
☐ The court finds the defendant is ☐ able to employ counsel  ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

### CHANGE OF PLEA

☒ Defendant appeared with counsel and signed Consent to Administration of Guilty Plea.

☐ Defendant signed Consent to Proceed before Magistrate Judge in a Misdemeanor case.

☒ Defendant acknowledged satisfaction with representation of counsel

☒ Defendant waived reading indictment/information.

☒ AUSA stated essential elements ☒ Defendant acknowledged understanding and committing the essential elements.

☒ Reviewed Plea agreement with defendant.          ☒ Defendant advised of Constitutional rights.

☒ Court ☐ AUSA stated range of penalty.

☒ Defendant advised of rights regarding plea of guilty and right to appeal.

☒ Reviewed ☒ Factual Basis ☐ Statement of Facts

☒ AUSA and Defendant acknowledged factual basis has been established.

☒ Defendant entered plea of guilty to *Count One of Information*.

☒ Consent, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.

☒ Court will recommend district court accept plea of guilty.

☒ Court finds plea is voluntary, knowledgeable and has a basis in fact.

☒ Defendant remanded to custody of U.S. Marshal.

☐ Defendant to remain on Conditions of Release.