

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21-CR-50 |
| v. | § | |
| | § | Judge Jordan |
| JOSE ARMANDO UBICO AGUILAR | § | |

**FACTUAL BASIS**

The defendant, **Jose Armando Ubico Aguilar**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **Jose Armando Ubico Aguilar**, who is changing his plea to guilty, is the same person charged in the Information.

2. That **Jose Armando Ubico Aguilar** and one or more persons in some way or manner made an agreement to commit the crime charged in the Information, to manufacture and distribute 450 kilograms or more of a mixture or substance containing a detectable amount Cocaine intending, knowing, and with reasonable cause to believe that the Cocaine will be unlawfully imported into the United States.

3. That **Jose Armando Ubico Aguilar** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Jose Armando Ubico Aguilar** knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of Cocaine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the

defendant and was part of jointly undertaken activity.

5. From ~~2012~~ 2016 to 2024, **Jose Armando Ubico Aguilar** was an elected member of the Congress of the Republic of Guatemala. He served as an elected Deputy and was the President of the National Defense Committee of the Congress of the Republic of Guatemala from 2018 to 2023. [initialed: JAUA]

6. His role in the conspiracy included, at the behest of a known international drug trafficker, relaying drug-related information and United States currency to another Republic of Guatemala government official, for the purpose of ensuring that two drug loads would be able to transit north through Guatemala unimpeded, and ultimately to the United States.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree withoutreservation that it accurately describes the events and my acts.

Dated: 4/29/2024

_____
JOSE ARMANDO UBICO AGUILAR
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Information and have reviewed themwith my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 04/29/2024

_____
BONNIE S. KLAPPER
Attorney for the Defendant

Factual Basis
Page 2